UNITED STATES of America, Appellant,

v.

UNIT NO. 7 AND NO. 8, etc., et al, Appellees.

Nos. 87–2499, 87–2500, 87–2501 and 87–2502SI.

United States Court of Appeals, Eighth Circuit.

Nov. 29, 1988.

The petition for rehearing en banc has been filed; we defer ruling on said petition for rehearing en banc and stay the issuance of mandate deferring further order pending decisions by the United States Supreme Court in *United States v. Monsanto*, 836 F.2d 74 (2d Cir.1987), *rev'd & remanded on other grounds*, 852 F.2d 1400 (2d Cir.1988) (en banc), *cert. granted*, —— U.S. ——, 109 S.Ct. 363, 102 L.Ed.2d 353 (1988), and *United States v. Harvey*, 814 F.2d 905 (4th Cir.1987), *rev'd on other grounds sub nom. In Re Caplin & Drysdale*, 837 F.2d 637 (4th Cir.1988) (en banc), *cert. granted*, —— U.S. ——, 109 S.Ct. 363, 102 L.Ed.2d 352 (1988).